## Commonwealth *v.* Morton, Appellant.

Submitted December 3, 1973. *James T. Owens,* and *Owens and Twardowski,* for appellant; *Mark Sendrow* and *David Richman,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.